1  Law Offices of ANNALISA N. GRANT
2  Annalisa N. Grant, Esq.
   Nevada Bar No.: 11807
3  9205 W. Russell Rd., Ste. 240
   Las Vegas, NV 89148
4  Telephone: (702) 387-8070
   Facsimile:  (877) 369-5819
5  Annalisa.Grant@thehartford.com
   Attorney for Defendant,
6  HARTFORD INSURANCE COMPANY

7

8

9                 **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11

| HOSSEIN ATTA ASSADI, SHAHLA KOUKLANI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MOHSEN ALLAHYARI KOUKLANI, | Case No.: 2:24-CV-00966-JAD-EJY |
|---|---|
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| —vs— | |
| CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, a business entity, inclusive, HARTFORD INSURANCE COMPANY, a Foreign Insurance Carrier licensed to do business in Nevada, inclusive, DOES I through V inclusive; and ROE BUSINESS ENTITITES I through V, inclusive, | |
| Defendants. | |

   Defendant HARTFORD INSURANCE COMPANY hereby substitutes KURT R. BONDS, ESQ. of the law firm HALL & EVANS, LLC, as the attorney of record for the above-entitled action, in place and stead ANNALISA N. GRANT, ESQ. of the law firm of LAW OFFICES OF ANNALISA N. GRANT.

///

///

-1-

1  I consent to this substitution.

2  DATED this 9 day of April, 2025.

3  By: */s/ Dwight D. Chotto, SCLA*
   HARTFORD INSURANCE COMPANY

5  KURT R. BONDS, ESQ. of the law firm HALL & EVANS, LLC hereby accepts the appointment as the attorney of record for Defendant HARTFORD INSURANCE COMPANY in place and stead ANNALISA N. GRANT, ESQ. of the law firm of LAW OFFICES OF ANNALISA N. GRANT.

9  DATED this 3 day of April, 2025.

   HALL & EVANS, LLC

   */s/ Kurt R. Bonds*
   KURT R. BONDS, ESQ.
   Nevada Bar No.: 6228
   1160 N. Town Center Dr. Suite 330
   Las Vegas, NV 89144

///

///

///

///

///

///

///

ANNALISA N. GRANT, ESQ. of the law firm LAW OFFICES OF ANNALISA N. GRANT hereby consents to the substitution of KURT R. BONDS, ESQ. of the law firm HALL & EVANS, LLC in the above-entitled action.

DATED this 9 day of April, 2025.

                                            Law Offices of ANNALISA N. GRANT

                                            */s/ Annalisa N. Grant*
                                            Annalisa N. Grant, Esq.
                                            Nevada Bar No.: 11807
                                            9205 W. Russell Rd., Ste. 240
                                            Las Vegas, NV 89148

Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

                                            APPROVED:

DATED: April 10, 2025                      _____
                                          UNITED STATES MAGISTRATE JUDGE