**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
OMAR NAGY, ESQ.
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
nagyo@hallevans.com
*Attorneys for Hartford Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOSSEIN ATTA ASSADI, SHAHLA KOUKLANI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MOHSEN ALLAHYARI KOUKLANI, <br><br> Plaintiff, <br><br> v. <br><br> CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, a business entity, inclusive, HARTFORD INSURANCE COMPANY, a Foreign Insurance Carrier licensed to do business in Nevada, inclusive, DOES I through V inclusive; and ROE BUSINESS ENTITITES I through V, inclusive, <br><br> Defendants. | CASE NO.:  2:24-CV-00966-JAD-EJY <br><br> **Stipulation and Order Dismissing Claims against Hartford Insurance Company** <br><br> ECF No. 43 |

The parties have agreed to a settlement in the above referenced matter. IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SHAHLA KOUKLANI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MOHSEN ALLAHYARI KOUKLANI, and

Defendant HARTFORD INSURANCE COMPANY, by and through their respective counsel of record, that the claims asserted by SHAHLA KOUKLANI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MOHSEN ALLAHYARI KOUKLANI, against Defendant HARTFORD INSURANCE COMPANY be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

The parties request that all pending deadlines and responsive dates currently set in the SHAHLA KOUKLANI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MOHSEN ALLAHYARI KOUKLANI case against Defendant HARTFORD INSURANCE COMPANY be VACATED.

DATED this 1st day of October 2025.     DATED this 1st day of October 2025.

HALL & EVANS, LLC.                       GAZDA & TADAYON

*/s/ Kurt R. Bonds*                      */s/ Afshin Tadayon*
KURT R. BONDS, ESQ.                      AFSHIN TADAYON, ESQ.
Nevada Bar #6228                         2600 S. Rainbow Blvd.
OMAR NAGY, ESQ.                          #200
Nevada Bar #15293                        Las Vegas, Nevada 89146
1160 North Town Center Drive             Paralegal@gazdatadayon.com
Suite 330                                Attorneys for Plaintiff
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for *Defendant*
*Hartford Insurance Company*

## ORDER

Based on the stipulation between the plaintiff and Hartford Insurance Company **[ECF No. 43]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Hartford Insurance Company are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2025

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022