McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Amanda A. Ebert
Nevada Bar No. 12731
  *amanda.ebert@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant CSAA General
Insurance Company d/b/a AAA Insurance

UNITE STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOSSEIN ATTA ASSADI, SHAHLA KOUKLANI as Special Administrator of the ESTATE OF MOHSEN ALLAHYARI KOUKLANI,<br><br>              Plaintiffs,<br><br>       v.<br><br>CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, a business entity, inclusive; HARTFORD INSURANCE COMPANY, a Foreign Insurance Carrier licensed to do business in Nevada, inclusive; DOES I through V, inclusive; and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-00966-JAD-EJY<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiffs HOSSEIN ATTA ASSADI and SHAHLA KOUKLANI as Special Administrator of the ESTATE OF MOHSEN ALLAHYARI KOUKLANI, by and through their counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, by and through its counsel of record that the above-entitled

///

///

STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE

matter be dismissed with prejudice against Defendant CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 16, 2026

GAZDA & TADAYON

BAR # 6517

By: _____
LEWIS J. GAZDA, ESQ.
Nevada Bar No. 4269
2600 S. Rainbow Boulevard, #200
Las Vegas, Nevada 89146
Tel. (702) 220-7128

Attorneys for Plaintiffs HOSSEIN ATTA ASSADI, SHAHLA KOUKLANI as Special Administrator of the ESTATE OF MOHSEN ALLAHYARI KOUKLANI,

Dated: January 16, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Jonathan W. Carlson,
Nevada Bar No. 10536
Amanda A. Ebert
Nevada Bar No. 12731
Stacy Norris
Nevada Bar No. 15445
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE

## ORDER

Based on the parties' stipulation [ECF No. 50] and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE THIS CASE. **IT IS SO ORDERED.**

DATED this 20th day of ___January___, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MCCORMICK BARSTOW LLP

_____
Jonathan W. Carlson, Nevada Bar No. 10536
Amanda A. Ebert, Nevada Bar No. 12731
Stacy Norris, Nevada Bar No. 15445
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for CSAA General Insurance Company

12297133.1